# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5265**                                       **September Term, 2016**

**1:15-cv-01806-CKK**

**Filed On: May 16, 2017** [1675341]

Eva Maze, et al.,

       Appellants

   v.

Internal Revenue Service, et al.,

       Appellees

**BEFORE:**    Circuit Judges Henderson, Griffith, and Srinivasan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 16, 2017 at 9:55 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    George M. Clarke, III, counsel for Appellants.

    Andrew M. Weiner (DOJ), counsel for Appellees.


                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

      BY:    /s/
                       Shana E. Thurman
                       Deputy Clerk